No. 96–210. CAN DO, INC., PENSION AND PROFIT SHARING PLAN AND SUCCESSOR PLANS, INDIVIDUALLY AND AS TRUSTEE FOR HOLDER *v.* MANIER, HEROD, HOLLABAUGH & SMITH ET AL. Sup. Ct. Tenn. Certiorari denied.

No. 96–215. REED *v.* CHEVRON PIPE LINE CO. C. A. 5th Cir. Certiorari denied.

No. 96–219. NOEL *v.* INTERNATIONAL CABLEVISION, INC., DBA ADELPHIA CABLE. C. A. 2d Cir. Certiorari denied.

No. 96–222. PAISLEY *v.* CITY OF MINNEAPOLIS ET AL. C. A. 8th Cir. Certiorari denied.

No. 96–225. WELZ *v.* NEW YORK; DRAGHI *v.* NEW YORK; DRAGHI *v.* NEW YORK; DRAGHI *v.* NEW YORK; MCSHANE ET AL. *v.* NEW YORK; and WAUGH ET AL. *v.* NEW YORK. App. Term, Sup. Ct. N. Y., 9th and 10th Jud. Dists. Certiorari denied.

No. 96–230. HANCOCK ELECTRONICS CORP. *v.* WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY. C. A. 4th Cir. Certiorari denied.

No. 96–231. EINHORN YAFFEE PRESCOTT ARCHITECTURE & ENGINEERING, P. C., ET AL. *v.* TURPIN ET AL. C. A. 2d Cir. Certiorari denied.

No. 96–233. ROHAN *v.* AMERICAN BAR ASSN. ET AL. C. A. 2d Cir. Certiorari denied.

No. 96–237. LOCKMILLER *v.* SUPERIOR COURT OF CALIFORNIA, SANTA CLARA COUNTY. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 96–238. EHRLICH, TRUSTEE *v.* CITY OF CULVER CITY ET AL. Sup. Ct. Cal. Certiorari denied.

No. 96–240. UNIGARD SECURITY INSURANCE CO. *v.* BOCK, PERSONAL REPRESENTATIVE OF THE ESTATE OF BOCK, DECEASED, ET AL. C. A. 9th Cir. Certiorari denied.